UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSE AISPURO-CROWHURST,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

No: 2:22-cv-01850-CKD

ORDER

Pursuant to the parties' stipulation, and for good cause shown, plaintiff's motion to extend time (ECF No. 13) is GRANTED. Plaintiff shall have an extension of time to submit her motion for summary judgment until June 15, 2023, with all subsequent deadlines per the Court's procedural orders extended accordingly. IT IS SO ORDERED.

Dated: May 16, 2023

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE