PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR CODER, CA 258258
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4814
      E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARINA AISPURO-CROWHURST, | Case No.: 2:22-cv-01850-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 28, 2023, up to and including August 28, 2023. This is Defendant's first request for an extension of the Commissioner's deadline.

      There is good cause to extend Defendant's deadline. Plaintiff filed her opening brief on June 15, 2023 following three extensions totaling 104 days (Doc. 9-15). The undersigned counsel was assigned to brief this matter, and a notice of appearance filed, on June 29, 2023 (Doc. 16); however, this matter was assigned while the undersigned was on leave, and did not return until July 10, 2023. During the undersigned's absence, the undersigned had been assigned

a total of 11 matters with merits briefs deadlines, which also overlapped a previously planned leave period from July 17 to 21, 2023 and military leave on July 14, 2023. In addition, the undersigned was assigned consecutive briefing deadlines of July 27, July 28, and July 31, 2023. The undersigned prioritized the brief due on July 27, 2023 because the Commissioner had already received an extension at the answer stage. Given the ongoing high volumes of case assignments, this matter cannot be re-assigned to another attorney.

      Accordingly, the Commissioner requests an extension in order to conduct an appropriate review of this matter and to prepare the Commissioner's response. No undue delay is intended.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 26, 2023

/s/ *Betty Herrera**
(*as authorized via e-mail on July 26, 2023)
BETTY HERRERA
Attorney for Plaintiff

Dated: July 26, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Ellinor Coder*
ELLINOR CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE