UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARINA AISPURO-CROWHURST,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>        Defendant. | No. 2:22-cv-01850-CKD<br><br><br>ORDER |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the stipulation at ECF No. 24 is GRANTED. Fees and expenses in the amount of $5,500.00 (five thousand five hundred dollars) as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 (four hundred and two dollars) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

SO ORDERED.

Dated: May 6, 2024

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE